No. 32,381

THE STATE OF KANSAS, *Appellee,* v. CLARA BREARLEY, *Appellant.*

(46 P. 2d 872)

Opinion filed July 6, 1935.

*John J. Riling, Edward T. Riling,* both of Lawrence, and *D. H. Denman,* of Ottawa, for the appellant.

*Clarence V. Beck,* attorney general, *Earl B. Swarner,* assistant attorney general, *J. L. Shelden,* county attorney, and *J. R. Cheney,* of Ottawa, for the appellee.

The opinion of the court was delivered by

HARVEY, J.: Appellant, suspected of transporting intoxicating liquors, was stopped and her automobile searched by peace officers at Ottawa. She was taken to the sheriff's office, where the officers, with the aid of the matron, discovered a bottle of whisky concealed in her clothing. She was charged, tried and convicted of the unlawful possession and transportation of intoxicating liquors. She has appealed and contends the evidence is insufficient to sustain the verdict. The point is not well taken.

The judgment of the court below is affirmed.